**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUILAR, | |
|     Plaintiff, | No. C 10-05345 JSW |
| v. | |
| CITIZENS AUTOMOBILE FINANCE, INC., | **ORDER SETTING BRIEFING SCHEDULE** |
|     Defendant. | |

    This matter is set for a hearing on February 25, 2011 on Plaintiffs' motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 21, 2011 and a reply brief shall be filed by no later than January 28, 2011.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 6, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE