CHAVEZ & GERTLER LLP
Mark A. Chavez (Bar No. 90858)
Nance F. Becker (Bar No. 99292)
Christian Schreiber (Bar No. 245597)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
mark@chavezgertler.com
nance@chavezgertler.com

Attorneys for Plaintiffs and the Proposed Class
*Additional Plaintiffs' Counsel listed on signature page*

SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar # 114789)
Julie E. Schwartz (CA Bar # 260624)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Email:   mark.dosker@ssd.com
Email:   julie.schwartz@ssd.com

SQUIRE, SANDERS & DEMPSEY (US) LLP
Martha S. Sullivan (*pro hac vice* application to be filed)
Chaundra C. Monday (*pro hac vice* application to be filed)
Alana C. Jochum (*pro hac vice* application to be filed)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216)479-8500
e-mail: martha.sullivan@ssd.com
e-mail: chaundra.monday@ssd.com
e-mail: alana.jochum@ssd.com

Attorneys for Defendants
CITIZENS AUTOMOBILE FINANCE, INC. and
RBS CITIZENS, N.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS AUTOMOBILE FINANCE, REES-LEVERING CASES<br><br>INCLUDED ACTIONS:<br><br>Aguilar v. Citizens Automobile Finance, Inc.<br><br>Canton v. Citizens Automobile Finance, Inc.<br><br>Owens v. RBS Citizens, N.A. | Case No. C 10-05345 JSW<br><br>**NOTICE OF ANTICIPATED SUBSTITUTION OF COUNSEL AND STIPULATION AND ~~PROPOSED~~ ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE (Filed in Lieu of Case Management Conference Statement)**<br><br>Hrg Date: March 25, 2011<br>Hon. Jeffrey S. White |

Notice of Anticipated Substitution of
Counsel and Stipulation in Lieu of Joint
Case Management Statement

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Friday, March 18, 2011, Defendants Citizens Automobile Finance, Inc. and RBS Citizens, N.A. ("Defendants") substituted the law firm of Squire, Sanders & Dempsey (US) LLP as counsel for Defendants in the above-captioned action. A formal Notice of Substitution is expected to be filed on Monday, March 21, 2011. Due to the expedited nature of this substitution of counsel, there has been no opportunity for the file to be transferred to Squire, Sanders, and Dempsey from Defendants' prior counsel, Reed Smith LLP, nor for Defendants' new counsel to meet and confer with Plaintiffs' counsel regarding the Joint Case Management Statement due to be filed today in connection with the Case Management Conference scheduled for March 25, 2011.

In light of these circumstances and in order to facilitate appropriate preparation, counsel for all parties have briefly conferred and agree to stipulate to a short continuance of the Case Management Conference. The parties are available on Friday, April 15, 2011 or Friday, April 29, 2011 and request the Conference be reset for one of those dates if possible.

CONSENTED AND AGREED TO BY:

Dated: March 18, 2011

SQUIRE, SANDERS & DEMPSEY (US) LLP

By: _____
Mark C. Dosker
Attorneys for Defendants
CITIZENS AUTOMOBILE FINANCE, INC. AND
RBS CITIZENS, N.A.

Dated: March 18, 2011

CHAVEZ & GERTLER LLP
KEMNITZER BARRON & KRIEG LLP
MICHAEL E. LINDSEY
HANSON LAW FIRM

By: _____/s/_____
Nance F. Becker

Attorneys for Plaintiffs and the Proposed Class

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Notice of Anticipated Substitution of
Counsel and Order Granting Stipulation in
Lieu of Joint Case Management Statement            - 2 -

**[PROPOSED] ORDER GRANTING STIPULATED CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Good cause appearing, the Court hereby grants the Stipulated Continuance of Case Management Conference.  The conference, currently scheduled to take place on March 25, 2011, is hereby rescheduled to until April 29 , 2011.

IT IS SO ORDERED.

Dated:  March 21, 2011

_____
The Honorable Jeffrey S. White
United States District Judge

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California  94111

Notice of Anticipated Substitution of Counsel and Order Granting Stipulation in Lieu of Joint Case Management Statement    - 4 -