1  SQUIRE, SANDERS & DEMPSEY (US) LLP
   Mark C. Dosker (CA Bar # 114789)
2  Julie E. Schwartz (CA Bar # 260624)
   275 Battery Street, Suite 2600
3  San Francisco, CA 94111
   Telephone: +1.415.954.0200
4  Facsimile: +1.415.393.9887
   Email: mark.dosker@ssd.com
5  Email: julie.schwartz@ssd.com

6  SQUIRE, SANDERS & DEMPSEY (US) LLP
   Martha S. Sullivan (*pro hac vice* application to be filed)
7  Chaundra C. Monday (*pro hac vice* application to be filed)
   Alana C. Jochum (*pro hac vice* application to be filed)
8  4900 Key Tower
   127 Public Square
9  Cleveland, OH 44114
   Telephone: +1.216.479.8500
10 Facsimile: +1.216.479.8780
   e-mail: martha.sullivan@ssd.com
11 e-mail: chaundra.monday@ssd.com
   e-mail: alana.jochum@ssd.com
12
   Attorneys for Defendants
13 CITIZENS AUTOMOBILE FINANCE, INC. and
   RBS CITIZENS, N.A.

14
15                      UNITED STATES DISTRICT COURT
16                     NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| CITIZENS AUTOMOBILE FINANCE, REES-LEVERING CASES<br><br>INCLUDED ACTIONS:<br><br>Aguilar v. Citizens Automobile Finance, Inc.<br><br>Canton v. Citizens Automobile Finance, Inc.<br><br>Owens v. RBS Citizens, N.A. | Case No. C 10-05345 JSW<br><br>**SUBSTITUTION OF COUNSEL BY DEFENDANTS CITIZENS AUTOMOBILE FINANCE, INC. AND RBS CITIZENS, N.A.**<br><br>AND<br><br>[Proposed] **ORDER PERMITTING WITHDRAWAL OF FORMER COUNSEL FOR DEFENDANTS CITIZENS AUTOMOBILE FINANCE, INC. AND RBS CITIZENS, N.A. [Civil L.R. 11-5(a)]** |

26  TO THE COURT AND ALL ATTORNEYS OF RECORD:

27       PLEASE TAKE NOTICE that Defendants Citizens Automobile Finance, Inc. and RBS

28  Citizens, N.A. ("Defendants") hereby substitute the counsel listed below, at Squire, Sanders &

Substitution of Counsel and
Order Permitting Withdrawal of Former
Counsel

1  Dempsey (US) LLP, as counsel for Defendants in the above-captioned action. All future

2  correspondence and pleadings in this action should be directed to:

3          Squire, Sanders & Dempsey (US) LLP
        Mark C. Dosker (CA Bar # 114789)
4          Julie E. Schwartz (Ca Bar # 260624)
        275 Battery Street, Suite 2600
5          San Francisco, CA 94111
        Telephone: +1.415.954.0200
6          Facsimile: +1.415.393.9887
        e-mail: mark.dosker@ssd.com
7          e-mail: julie.schwartz@ssd.com

8          Squire, Sanders & Dempsey (US) LLP
        Martha S. Sullivan (*pro hac vice* application to be filed)
9          Chaundra C. Monday (*pro hac vice* application to be filed)
        Alana C. Jochum (*pro hac vice* application to be filed)
10         4900 Key Tower
        127 Public Square
11         Cleveland, OH 44114
        Telephone: +1.216.479.8500
12         Facsimile: +1.216.479.8780
        e-mail: martha.sullivan@ssd.com
13         e-mail: chaundra.monday@ssd.com
        e-mail: alana.jochum@ssd.com
14

15
16 Dated: March 21, 2011         Respectfully submitted,

17                                       SQUIRE, SANDERS & DEMPSEY (US) LLP

18                                       By: _____
19                                              Mark C. Dosker
                                      Attorneys for Defendants
20                                       CITIZENS AUTOMOBILE FINANCE, INC. AND
                                      RBS CITIZENS, N.A.
21

22 SUBSTITUTION ACKNOWLEDGED.         Respectfully submitted,

23 Dated: March 21, 2011         REED SMITH LLP

24                                       By: _____
25                                            Raymond Y. Kim
                                      Withdrawing Attorneys for Defendants
26                                       CITIZENS AUTOMOBILE FINANCE, INC. AND
                                      RBS CITIZENS, N.A.
27

28

SQUIRE, SANDERS & DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Substitution of Counsel and
Order Permitting Withdrawal of Former
Counsel         - 2 -

ORDER PERMITTING WITHDRAWAL

Pursuant to Civil Local Rule 11-5(a), the Court hereby permits the withdrawal of the attorneys at Reed Smith LLP who have previously appeared as counsel for defendants in this action.

IT IS SO ORDERED.

Dated: March 22, 2011

_____
The Honorable Jeffrey S. White
United States District Judge

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Substitution of Counsel and
Order Permitting Withdrawal of Former
Counsel                                            - 3 -