CHAVEZ & GERTLER LLP
Mark A. Chavez (Bar No. 90858)
Nance F. Becker (Bar No. 99292)
Christian Schreiber (Bar No. 245597)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572

Attorneys for Plaintiffs and the Proposed Class

*Additional Plaintiffs' Counsel listed on signature page*

SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar # 114789)
Julie E. Schwartz (CA Bar # 260624)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954.0200
Facsimile: (415) 393.9887

SQUIRE, SANDERS & DEMPSEY (US) LLP
Martha S. Sullivan (*pro hac vice*)
Chaundra C. Monday (*pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479.8500
Facsimile: (216) 479.8780

Attorneys for Defendants
Citizens Automobile Finance, Inc. and RBS Citizens, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS AGUILAR, HUGO CANTON, and GREGORY OWENS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v<br><br>CITIZENS AUTOMOBILE FINANCE, INC.; RBS CITIZENS, N.A., and DOES 1-50,<br><br>Defendants. | Case No: C 10-05345 JSW<br><br>CLASS ACTION<br><br>**JOINT PROPOSAL RE HEARING AND BRIEFING SCHEDULE**<br><br>**and**<br><br>**[Proposed] SCHEDULING ORDER** |

1 Pursuant to the Court's April 29, 2011 Case Management Order, the parties
2 hereby provide the Court with a joint proposal regarding a hearing and briefing schedule
3 for the following items.

4     1. <u>Stipulation to the filing of an Amended Answer</u>
5         a. Last day for Defendants to provide Plaintiffs a copy of their proposed
6            Amended Answer to Plaintiffs' Consolidated Complaint:
7            May 24, 2011.
8         b. Last day for Plaintiffs to notify Defendants whether they will stipulate
9            to the filing of the proposed Amended Answer: June 3, 2011.
10        c. Last day for Defendants to file stipulation and Amended Answer:
11            June 8, 2011.
12        d. Last day for Defendants to file motion for leave to file Amended
13            Answer if stipulation cannot be reached: June 17, 2011.
14     2. <u>Defendants' amendment of discovery responses</u>
15         a. Last day for Defendants to provide Plaintiffs supplemental discovery
16            responses, and a copy of their proposed amendments to their prior
17            Responses to Requests for Admissions (pursuant to Fed. R. Civ. P.
18            36): May 24, 2011.
19         b. Last day for Plaintiffs to notify Defendants whether they will stipulate
20            to an Order permitting the amendment of the Responses to Requests
21            for Admissions: June 3, 2011.
22        c. Last day for Defendants to file motion for leave to amend if
23            stipulation cannot be reached: June 17, 2011.
24     3. <u>Mediation</u>
25     Last day to complete private mediation: September 30, 2011.
26 //
27 //
28

2

JOINT PROPOSAL RE HEARING AND BRIEFING SCHEDULE and [~~Proposed~~] ORDER
*Aguilar, et al. v. Citizens Auto Finance, Inc., et al.*, Case No. CV 10-05345 JSW

4. <u>Next Case Management Conference</u>

Date for Case Management Conference ("CMC"):  October 21, 2011.

Last day for parties to file Joint CMC Statement:  October 14, 2011.

5. <u>Subsequent Events</u>

In the event that mediation is unsuccessful, the parties propose to address at the October 21, 2011 CMC the schedule for Defendants to file their motion for judgment on the pleadings, if any, and for Plaintiffs to file their motion for class certification.

DATED:  May 10, 2011　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CHAVEZ & GERTLER LLP

　　　　　　　　　　　　　　　　KEMNITZER BARRON & KRIEG LLP

　　　　　　　　　　　　　　　　MICHAEL E. LINDSEY

　　　　　　　　　　　　　　　　HANSON LAW FIRM


By:   */s/ Nance F. Becker*
　　　　Nance F. Becker
　　　　Attorneys for Plaintiffs and
　　　　the Proposed Class

DATED:  May 10, 2011　　　　　SQUIRE, SANDERS & DEMPSEY (US) LLP


By:   */s/ Martha S. Sullivan*
　　　　Martha S. Sullivan
　　　　Attorneys for Defendants


*Additional Counsel for Plaintiffs:*

KEMNITZER, BARRON & KRIEG LLP
BRYAN KEMNITZER (Bar No. 066401)
The Pacific States Building
445 Bush St., 6th Floor
San Francisco, California  94108
Telephone:  (415) 632-1900

3

JOINT PROPOSAL RE HEARING AND BRIEFING SCHEDULE and [Proposed] ORDER
*Aguilar, et al. v. Citizens Auto Finance, Inc., et al.*, Case No. CV 10-05345 JSW

1  MICHAEL E. LINDSEY (Bar No. 99044)
   Attorney at Law
2  4455 Morena Blvd. Suite 207
   San Diego, CA 92117-4325
3  Telephone: (858) 270-7000

4  HANSON LAW FIRM
   John W. Hanson (Bar No. 214771)
5  16870 West Bernardo Drive, Suite 400
   San Diego, CA 92127
6  Telephone: (858) 451-0281

# ORDER

Having read the Parties' Joint Proposal regarding the hearing and briefing schedule, and good cause appearing therefor, the Court adopts the Parties' proposal and makes it the Order of the Court.

**IT IS SO ORDERED.**

DATED: __May 11__, 2011                  _____
                                          Hon. Jeffrey S. White
                                          United States District Judge

---

4

JOINT PROPOSAL RE HEARING AND BRIEFING SCHEDULE and [Proposed] ORDER
*Aguilar, et al. v. Citizens Auto Finance, Inc., et al.*, Case No. CV 10-05345 JSW