SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar # 114789)
Julie E. Schwartz (CA Bar # 260624)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
e-mail: mark.dosker@ssd.com
e-mail: julie.schwartz@ssd.com

SQUIRE, SANDERS & DEMPSEY (US) LLP
Martha S. Sullivan (*pro hac vice*)
Chaundra C. Monday (*pro hac vice*)
Alana C. Jochum (*pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1.216.479.8500
Facsimile: +1.216.479.8780
e-mail: martha.sullivan@ssd.com
e-mail: chaundra.monday@ssd.com
e-mail: alana.jochum@ssd.com

Attorneys for Defendant
CITIZENS AUTOMOBILE FINANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS AUTOMOBILE FINANCE, REES-LEVERING CASES<br><br>INCLUDED ACTIONS:<br><br>Aguilar v. Citizens Automobile Finance, Inc.<br><br>Canton v. Citizens Automobile Finance, Inc.<br><br>Owens v. RBS Citizens, N.A. | Case No. C 10-05345 JSW<br><br>**[E-Filing]**<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR LEAVE TO FILE DEFENDANTS' AMENDED ANSWER TO PLAINTIFFS' CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT**<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE DEFENDANTS' AMENDED ANSWERS TO PLAINTIFFS' CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT** |

Stipulation and [Proposed] Order for Leave to File
Defendants' Amended Answer to Plaintiffs'
Consolidated and Amended Class Action

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) provides in pertinent part: "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave";

WHEREAS, the parties have met and conferred regarding Defendants' Amended Answer to Plaintiffs' Consolidated and Amended Class Action Complaint, a true and correct copy of which is attached hereto;

WHEREAS, pursuant to Rule 15(a)(2), Plaintiffs have provided Defendants their written consent for Defendants to amend their Answer to Plaintiffs' Consolidated and Amended Class Action Complaint;

NOW, THEREFORE, the parties hereby stipulate to an Order of the Court granting Leave to File Defendants' Amended Answer to Plaintiffs' Consolidated and Amended Class Action Complaint, a true and correct copy of which Amended Answer is attached hereto.

Dated: June 8, 2011                     Respectfully submitted,

                                        SQUIRE, SANDERS & DEMPSEY (US) LLP


                                        By:   /s/ Martha S. Sullivan
                                                    Martha S. Sullivan

                                        Attorneys for Defendants
                                        CITIZENS AUTOMOBILE FINANCE, INC.
                                        AND RBS CITIZENS, N.A.

Dated: June 8, 2011                     Respectfully submitted,


                                        CHAVEZ & GERTLER LLP
                                        KEMNITZER BARRON & KRIEG LLP
                                        MICHAEL E. LINDSEY
                                        HANSON LAW FIRM

                                        By:   /s/ Bryan Kemnitzer
                                                    Bryan Kemnitzer

                                        Attorneys for Plaintiffs

---

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111

Stipulation and [Proposed] Order for Leave to File
Defendants' Amended Answer to Plaintiffs'
Consolidated and Amended Class Action         - 2 -

# ORDER

Having considered the parties' stipulation, and good cause appearing therefor, the Court hereby grants the parties' Stipulation for Leave to File Defendants' Amended Answer to Plaintiffs' Consolidated and Amended Class Action Complaint and authorizes the filing of the Amended Answer, a true and correct copy of which is attached hereto.

IT IS SO ORDERED.

Dated: June 9, 2011

_____
Jeffrey S. White
United States District Judge

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Stipulation and [Proposed] Order for Leave to File
Defendants' Amended Answer to Plaintiffs'
Consolidated and Amended Class Action

- 4 -