SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar # 114789)
Julie E. Schwartz (CA Bar # 260624)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
e-mail: mark.dosker@ssd.com
e-mail: julie.schwartz@ssd.com

SQUIRE, SANDERS & DEMPSEY (US) LLP
Martha S. Sullivan (*pro hac vice*)
Chaundra C. Monday (*pro hac vice*)
Alana C. Jochum (*pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1.216.479.8500
Facsimile: +1.216.479.8780
e-mail: martha.sullivan@ssd.com
e-mail: chaundra.monday@ssd.com
e-mail: alana.jochum@ssd.com

Attorneys for Defendant
CITIZENS AUTOMOBILE FINANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS AUTOMOBILE FINANCE, REES-LEVERING CASES<br><br>INCLUDED ACTIONS:<br><br>Aguilar v. Citizens Automobile Finance, Inc.<br><br>Canton v. Citizens Automobile Finance, Inc.<br><br>Owens v. RBS Citizens, N.A. | Case No. C 10-05345 JSW<br><br>**[E-Filing]**<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR LEAVE TO FILE DEFENDANT CAFI'S AMENDED RESPONSES TO PLAINTIFF HUGO CANTON'S REQUESTS FOR ADMISSION**<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE DEFENDANT CAFI'S AMENDED RESPONSES TO PLAINTIFF HUGO CANTON'S REQUESTS FOR ADMISSION** |

---

SQUIRE, SANDERS & DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Stipulation and [Proposed] Order for Leave to File
Defendant CAFI's Amended Responses to Plaintiff
Hugo Canton's Requests for Admission

1

WHEREAS, Federal Rule of Civil Procedure 36(b) provides in pertinent part: "[T]he court may permit withdrawal or amendment [of admissions] if it would promote the presentation of the merits of the action and if the court is not persuaded that it would prejudice the requesting party in maintaining or defending the action on the merits";

WHEREAS, the parties have met and conferred regarding Defendant Citizens Automobile Finance, Inc.'s ("CAFI") Amended Responses to Plaintiff Hugo Canton's Requests for Admission in the above-captioned case *Canton v. Citizens Automobile Finance, Inc.*, a true and correct copy of which is attached hereto;

WHEREAS, Plaintiffs have provided CAFI their written consent for CAFI to amend its Responses to Plaintiff Hugo Canton's Requests for Admission;

NOW, THEREFORE, the parties hereby stipulate to an order of the Court granting Defendant CAFI leave to file its Amended Responses, a true and correct copy of which Amended Responses is attached hereto.

Dated: June 17, 2011  Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY (US) LLP

By: */s/ Martha S. Sullivan*
        Martha S. Sullivan
Attorneys for Defendants
CITIZENS AUTOMOBILE FINANCE, INC.
AND RBS CITIZENS, N.A.

Dated: June 17, 2011  Respectfully submitted,

CHAVEZ & GERTLER LLP
KEMNITZER BARRON & KRIEG LLP
MICHAEL E. LINDSEY
HANSON LAW FIRM

By: */s/ Nance F. Becker*
        Nance F. Becker

Attorneys for Plaintiffs

SQUIRE, SANDERS & DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Stipulation and [Proposed] Order for Leave to File Defendant CAFI's Amended Responses to Plaintiff Hugo Canton's Requests for Admission

- 2 -

## ORDER

Having considered the parties' stipulation, and good cause appearing therefor, the Court hereby grants the parties' Stipulation for Leave to File Defendant CAFI's Amended Responses to Plaintiff Hugo Canton's Requests for Admission and authorizes the filing of the Amended Responses, a true and correct copy of which is attached hereto.

IT IS SO ORDERED.

Dated: June 20, 2011

_____
Jeffrey S. White
United States District Judge

**SQUIRE, SANDERS & DEMPSEY (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111

Stipulation and [Proposed] Order for Leave to File Defendant CAFI's Amended Responses to Plaintiff Hugo Canton's Requests for Admission

4