CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599

KEMNITZER, BARRON & KRIEG LLP
Bryan Kemnitzer (Bar No. 66401)
Nancy Barron (Bar No. 99278)
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265

MICHAEL E. LINDSEY (Bar No. 99044)
Attorney at Law
4455 Morena Blvd. Suite 207
San Diego, CA 92117-4325
Telephone: (858) 270-7000

**Additional Plaintiffs' Counsel on Attached Page**

Attorneys for Plaintiffs Jesus Aguilar, Gregory A. Owens,
Hugo Canton, Jason Eaton and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS AGUILAR, HUGO CANTON, GREGORY OWENS and JASON EATON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v<br><br>CITIZENS AUTOMOBILE FINANCE, INC.; RBS CITIZENS, N.A., and DOES 1-50,<br><br>Defendants. | Case No. C 10-05345JSW<br><br>CLASS ACTION<br><br>[PROPOSED] STIPULATED ORDER GRANTING LEAVE TO FILE FIRST AMENDED CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT |

1. The Parties to this matter, through their counsel of record, hereby stipulate to allow the filing of a first amended consolidated and amended class action complaint in the form attached ~~hereto~~ as **Exhibit A**. The amended complaint will be filed concurrently with the Notice of Entry of this Order.

IT IS SO STIPULATED.

Dated: August 23, 2011

KEMNITZER, BARRON & KRIEG LLP

Bryan Kemnitzer
Attorney for Plaintiffs

Dated: August 26, 2011

SQUIRE, SANDERS & DEMPSEY LLP

Mark C. Dosker
Attorney for Citizens Automobile Finance, Inc. and RBS Citizens, N.A.

IT IS SO ORDERED that the Court grants leave to file a first amended consolidated and amended class action complaint in the form attached ~~hereto~~ as **Exhibit A** and such amended complaint is to be filed concurrently with the Notice of Entry of this Order. *to stipulation*

Dated: September 1, 2011

HON. JEFFREY S. WHITE

1

~~[Proposed]~~ Stipulated Order Granting Leave to File Amended Class Action Complaint