SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar # 114789)
Julie E. Schwartz (CA Bar # 260624)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
e-mail: mark.dosker@ssd.com
e-mail: julie.schwartz@ssd.com

SQUIRE, SANDERS & DEMPSEY (US) LLP
Martha S. Sullivan (*pro hac vice*)
Chaundra C. Monday (*pro hac vice*)
Alana C. Jochum (*pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1.216.479.8500
Facsimile: +1.216.479.8780
e-mail: martha.sullivan@ssd.com
e-mail: chaundra.monday@ssd.com
e-mail: alana.jochum@ssd.com

Attorneys for Defendant
CITIZENS AUTOMOBILE FINANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS AUTOMOBILE FINANCE, REES-LEVERING CASES<br><br>INCLUDED ACTIONS:<br><br>Aguilar v. Citizens Automobile Finance, Inc.<br><br>Canton v. Citizens Automobile Finance, Inc.<br><br>Owens v. RBS Citizens, N.A.<br><br>Citizens Automobile Finance, Inc. v. Eaton | Case No. C 10-05345 JSW<br><br>**[E-Filing]**<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE UNTIL DECEMBER 9, 2011**<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL DECEMBER 9, 2011** |

1  WHEREAS, the Scheduling Order for this case provided that the Parties were to complete private mediation by September 30, 2011, and to appear for a Case Management Conference (sometimes hereinafter "CMC") on October 21, 2011;

WHEREAS, on September 7, 2011, the Parties participated in a full-day mediation session before the Honorable James Warren (Ret.) of JAMS, in which they agreed to a settlement of this action;

WHEREAS, the Parties executed a binding settlement stipulation at the mediation, and are currently in the process of finalizing the wording of the Settlement Agreement;

WHEREAS, Plaintiffs anticipate filing a Motion for Preliminary Approval within three weeks after executing the Settlement Agreement, and the parties will request that the Court set a hearing on Plaintiffs' Motion for Preliminary Approval for the same day as the next CMC; and

WHEREAS, the Parties are in agreement that a continuation of the CMC is appropriate and efficient to allow this process to be completed.

NOW, THEREFORE, the parties hereby stipulate to an order of the Court continuing the Case Management Conference until December 9, 2011, or on the date of the hearing set by the Court to hear Plaintiffs' Motion for Preliminary Approval.

Dated: October 14, 2011           Respectfully submitted,
                                  SQUIRE, SANDERS & DEMPSEY (US) LLP

                                  By:   /s/ Chaundra C. Monday
                                        Chaundra C. Monday
                                  Attorneys for Defendants
                                  CITIZENS AUTOMOBILE FINANCE, INC.
                                  AND RBS CITIZENS, N.A.

Dated: October 14, 2011           Respectfully submitted,
                                  CHAVEZ & GERTLER LLP
                                  KEMNITZER BARRON & KRIEG LLP
                                  MICHAEL E. LINDSEY
                                  HANSON LAW FIRM

                                  By:   /s/ Mark Chavez
                                        Mark Chavez
                                  Attorneys for Plaintiffs

1 **ORDER**

2     Having considered the Parties' stipulation, and good cause appearing therefor, the Court

3 hereby grants the parties' Stipulation to Continue Case Management Conference until December

4 9, 2011.

5     IT IS SO ORDERED.

7 Dated: October 17, 2011

                                                          Jeffrey S. White
                                                          United States District Judge

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Stipulation and [Proposed] Order to Continue Case
Management Conference Until December 9, 2011    - 4 -