SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar # 114789)
Julie E. Schwartz (CA Bar # 260624)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
e-mail: mark.dosker@ssd.com
e-mail: julie.schwartz@ssd.com

SQUIRE, SANDERS & DEMPSEY (US) LLP
Martha S. Sullivan (*pro hac vice*)
Chaundra C. Monday (*pro hac vice*)
Alana C. Jochum (*pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: +1.216.479.8500
Facsimile: +1.216.479.8780
e-mail: martha.sullivan@ssd.com
e-mail: chaundra.monday@ssd.com
e-mail: alana.jochum@ssd.com

Attorneys for Defendant
CITIZENS AUTOMOBILE FINANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS AUTOMOBILE FINANCE, REES-LEVERING CASES<br><br>INCLUDED ACTIONS:<br><br>Aguilar v. Citizens Automobile Finance, Inc.<br><br>Canton v. Citizens Automobile Finance, Inc.<br><br>Owens v. RBS Citizens, N.A. | Case No. C 10-05345 JSW<br><br>[E-Filing]<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT IN VIEW OF MEDIATED SETTLEMENT**<br><br>**AND**<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Date: December 9, 2011<br>Time: 1:30 p.m. |

1  WHEREAS, the parties have conducted mediation in this action, before the Honorable James L. Warren (Ret.);

WHEREAS, at the conclusion of the mediation, a stipulation for the settlement of this action was entered into;

WHEREAS, the parties are in the process of finalizing the full settlement documentation;

WHEREAS, after finalization of the full settlement documentation, plaintiffs' counsel will be making a motion to the Court for preliminary approval of the settlement, as this action is a putative class action;

WHEREAS, in view of the status of this action, the parties submit that judicial economy will be served by vacating the December 9, 2011 Case Management Conference, and by next addressing any case management issues at the hearing on the motion for preliminary approval of the settlement;

NOW, THEREFORE, the parties hereby stipulate to an order of the Court in the form attached hereto.

Dated: December 2, 2011

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY (US) LLP

By: _____/s/ Mark C. Dosker_____
Mark C. Dosker
Attorneys for Defendants
CITIZENS AUTOMOBILE FINANCE, INC.
AND RBS CITIZENS, N.A.

Dated: December 2, 2011

Respectfully submitted,

CHAVEZ & GERTLER LLP
KEMNITZER BARRON & KRIEG LLP
MICHAEL E. LINDSEY
HANSON LAW FIRM

By: _____/s/ Bryan Kemnitzer_____
Bryan Kemnitzer

Attorneys for Plaintiffs

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

JOINT CMC STATEMENT, STIPULATION
TO VACATE CMC AND [PROPOSED]
ORDER VACATING CMC

- 2 -

## ORDER

Having considered the parties' stipulation, and good cause appearing therefor, the Court hereby vacates the December 9, 2011 Case Management Conference. Any case management issues shall next be addressed at the hearing on plaintiffs' upcoming motion for preliminary approval of the settlement of this action.

IT IS SO ORDERED.

Dated: December 2, 2011

*Jeffrey S. White*
United States District Judge

SQUIRE, SANDERS &
DEMPSEY (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

JOINT CMC STATEMENT, STIPULATION
TO VACATE CMC AND [PROPOSED]
ORDER VACATING CMC

4