KEMNITZER, BARRON & KRIEG LLP
BRYAN KEMNITZER     Bar No. 066401
NANCY BARRON        Bar No. 99278
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
Attorneys for Plaintiffs Jesus Aguilar, Gregory A. Owens, Hugo Canton, Jason Eaton and the Proposed Class

**Additional Plaintiffs' Counsel on Following Page**

Mark C. Dosker (CA Bar No. 114789)
SQUIRE SANDERS (US) LLP
275 Battery St., Ste. 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Attorneys for Defendant CITIZENS AUTOMOBILE FINANCE, INC. and Plaintiff and Cross-Defendant RBS CITIZENS, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS AGUILAR, HUGO CANTON, GREGORY OWENS and JASON EATON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v<br><br>CITIZENS AUTOMOBILE FINANCE, INC.; RBS CITIZENS, N.A., and DOES 1-50,<br><br>Defendants. | Case No. 3:10-cv-5345 (JSW)<br><br>CLASS ACTION<br><br>[PROPOSED] STIPULATED ORDER RE SETTLEMENT COMPLIANCE<br>AS MODIFIED HEREIN<br><br>Date: December 7, 2012<br>Time: 9:00 a.m.<br>Courtroom 11 – 19th Floor<br>Hon. Jeffrey S. White |

1
[Proposed] Stipulated Order re Settlement Compliance

1
2
*Additional Counsel for Plaintiffs:*

3
CHAVEZ & GERTLER LLP
MARK A. CHAVEZ          Bar No. 090858
NANCE F. BECKER         Bar No. 099292
4
42 Miller Ave.
5
Mill Valley, CA  94941
Telephone:  (415) 381-5599
6
Facsimile:  (415) 381-5572

7
LAW OFFICE OF MICHAEL E. LINDSEY
MICHAEL E. LINDSEY      Bar No. 099044
8
4455 Morena Blvd. Ste. 207
9
San Diego, CA  92117-4325
Telephone:  (858) 270-7000
10
Facsimile:  (858) 270-7710

11
HANSON LAW FIRM
JOHN W. HANSON  Bar No. 214771
12
16870 West Bernardo Dr., Ste. 400
13
San Diego, CA  92127
Telephone:  (858) 451-0281
14
Facsimile:  (858) 451-0281

15
MAYFIELD & YEN
16
BEAU MAYFIELD    Bar No. 270422
AARON YEN        Bar No. 258643
17
6520 Lonetree Blvd., Ste. 1012
Rocklin, CA  95765
18
Telephone:  (916) 789-9904
Facsimile:  (916) 771-0200
19
20
21
22
23
24
25
26
27
28

The parties to this matter, through their counsel of record, hereby stipulate to the following compliance schedule pursuant the finally approved Settlement Agreement and Release:

This Court entered the Final Approval Order on December 14, 2012. The Effective Date (Settlement Agreement and Release, hereafter "SAR" §2.12) is calculated as one business day after the last day to appeal, i.e. 60 calendar days plus one business day. Based upon the date above on which the Final Order was entered, the Effective Date is February 13, 2013.

The Distribution Date (SAR §2.13) is calculated as 15 calendar days after the Effective Date. Based upon the dates above, the Distribution Date is February 28, 2013.

The refund checks to be distributed to the eligible Settlement Class Members expire 120 calendar days after the Distribution Date (SAR §5.02(a)), or 150 calendar days after the Distribution Date, if there is a dispute about the refund or the proper recipient of the refund (SAR §5.02(b)). Based upon the dates above, the refund checks expire on July 28, 2013.

//
//
//
//
//
//
//
//
//
//
//
//

3
[Proposed] Stipulated Order re Settlement Compliance

The Settlement Administrator, Kurtzman Carson Consultants, generally requires approximately two weeks after the refund checks expire to prepare a final accounting. Based upon the dates above, Kurtzman Carson Consultants shall file a Settlement Compliance Declaration, including a final accounting on or before August 12, 2013, ~~and a Final Compliance hearing is scheduled on _____, 2013 at 9:00 a.m. in Courtroom 11 – 19th Floor, in the U.S. District Court for the Northern District of California, located at 450 Golden Gate Ave., San Francisco, CA 94102.~~

This stipulation may be executed in counterpart, and facsimile copies will be deemed as originals.

IT IS SO STIPULATED.

Dated: January 11, 2013            KEMNITZER, BARRON & KRIEG, LLP


By:  _____/s/_____
BRYAN KEMNITZER
Attorneys for Plaintiffs Jesus Aguilar, Gregory A. Owens, Hugo Canton, Jason Eaton and the Proposed Class

Dated: January 11, 2013            SQUIRE SANDERS (US) LLP


By:  _____/s/_____
MARK C. DOSKER
Attorneys for Defendant CITIZENS AUTOMOBILE FINANCE, INC. and Plaintiff and Cross-Defendant RBS CITIZENS, N.A.

### ORDER

IT IS SO ORDERED.   Unless there is some dispute over compliance, the Court shall not set a hearing.

Dated: January 11, 2013            _____/s/ Jeffrey S. White_____
HON. JEFFREY S. WHITE